# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GREGORY J. BOUEY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No.  6:06-cv-1453-Orl-31UAM**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Complaint (Doc. No. 1) for reconsideration of the denial of his Social Security benefits filed September 21, 2006.

On November 27, 2007, the United States Magistrate Judge issued a report (Doc. No. 19) recommending that the Commissioner's Decision be upheld and that the Plaintiff's Complaint be denied. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.　　The Complaint is **DENIED** and the decision of the Commissioner of Social Security is upheld.

3.　　The Clerk is directed to enter judgment in favor of the Defendant and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 17th  day of December, 2007.

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE